```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the case listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION | HEARING DATE |
|---|---|---|
| 4:03CR3023 | USA v. Luis G. Cortez | 5/14/03; 5/21/03 |
| 4:03CR3036 | USA v. Jill Marie Peterson | 5/15/-16/03 |
| 4:03CR3071 | USA v. John Raymond Kennon | 11/7/03 |
| 4:03CR3072 | USA v. Juan Zapata | 8/13/03 |
| 4:03CR3166 | USA v. Alfredo Morales, Jr. | 12/15/03 |

DATED this 14th day of February, 2007.

BY THE COURT

s/ *LYLE E. STROM*
United States Senior District Judge